1014

No. 91–720. Trinsey *v.* Pennsylvania et al. C. A. 3d Cir. Certiorari denied.

No. 91–729. Garziano et al. *v.* California. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 91–735. Cohen *v.* United States. C. A. 3d Cir. Certiorari denied.

No. 91–743. King *v.* Department of Education et al. C. A. 11th Cir. Certiorari denied.

No. 91–757. B. E. Rock Corp., dba Rainbow *v.* National Labor Relations Board et al. C. A. 2d Cir. Certiorari denied.

No. 91–782. Jenkins *v.* United States. C. A. 2d Cir. Certiorari denied.

No. 91–5216. Cowart *v.* Puckett, Superintendent, Mississippi State Penitentiary. C. A. 5th Cir. Certiorari denied.

No. 91–5363. Stanley *v.* Arizona. Sup. Ct. Ariz. Certiorari denied.

No. 91–5371. Gonzalez *v.* United States. C. A. 2d Cir. Certiorari denied.

No. 91–5441. Rosenthal *v.* Pennsylvania. Super. Ct. Pa. Certiorari denied.

No. 91–5577. Fernandez, aka Paulino *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 91–5608. Braden *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 91–5622. Adams *v.* Oklahoma et al. Ct. Crim. App. Okla. Certiorari denied.

No. 91–5668. Bartee *v.* Illinois. App. Ct. Ill., 2d Dist. Certiorari denied.